**FILED**

AUG - 2 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:09-CR-491-KJD (PAL) |
| HUGO VARGAS, ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

On **August 2, 2010**, defendant HUGO VARGAS pled guilty to a One-Count Criminal Indictment charging him in Count One with Embezzlement of Union Assets in violation of Title 29, United States Code, Section 501(c) and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Indictment.

This Court finds that HUGO VARGAS shall pay an *in personam* criminal forfeiture money judgment of $106,293.59 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

. . .

. . .

. . .

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from HUGO VARGAS a criminal forfeiture money judgment in the amount of
3  $106,293.59 in United States Currency.
4  DATED this 2nd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE