**FILED**
NOV -3 2010
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HUGO VARGAS, ) <br> ) <br> Defendant. ) | 2:09-CR-0491-KJD (PAL) |

### ORDER OF FORFEITURE

This Court found on August 2, 2010, that HUGO VARGAS shall pay a criminal forfeiture money judgment of $106,293.59 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); and 21 U.S.C. § 853.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from HUGO VARGAS a criminal forfeiture money judgment in the amount of $106,293.59 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

DATED this 4th day of Nov, 2010.

_____
UNITED STATES DISTRICT JUDGE